No. 1989.—STATE, ex. rel. PIKE, LAPEYRE & BROTHER v. THE JUDGE OF THE FOURTH DISTRICT COURT.

APPLICATION for a writ of prohibition.

HOWE, J. The facts of this case are substantially the same as those in the case of State, ex. rel. D'Meza and others v. Judge of the Fourth District Court; and, as in that case, we perceive no legal necessity for the writ which is asked for.

For the reasons given in the case of D'Meza, it is ordered that the rule taken by relators herein be dismissed with costs.